IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLETE REO HART,

        Plaintiff,                    No. CIV S-05-1523 LKK KJM P

    vs.

CALIFORNIA MEDICAL FACILITY,

        Defendant.               <u>ORDER</u>

                              /

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action under 42 U.S.C. § 1983. On August 23, 2005, the court ordered plaintiff to file an in forma pauperis affidavit or pay the required filing fee. <u>See</u> 28 U.S.C. §§ 1914(a), 1915(a). On October 13, 2005, plaintiff submitted an incomplete in forma pauperis affidavit. Plaintiff submitted the first page, and the required trust account statement, but did not submit the second page of the affidavit.

        Good cause appearing IT IS HEREBY ORDERED that:

        1. Plaintiff shall submit, within thirty days from the date of this order, a complete affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court or the appropriate filing fee. Plaintiff need not submit a copy of his trust account statement. If plaintiff is precluded from submitting a complete in forma pauperis affidavit

1

1  because of the actions of correctional staff, plaintiff shall inform the court of the names of those
2  staff members within thirty days.  Plaintiff's failure to comply with this order will result in a
3  recommendation that this action be dismissed.
4           2. The Clerk of the Court is directed to send plaintiff a new Application to
5  Proceed In Forma Pauperis By a Prisoner.
6  DATED: October 26, 2005.

                                           _____
                                           UNITED STATES MAGISTRATE JUDGE

1
hart1523.3b

2